IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILTEW, LLC, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0226-CG-M |
| | ) |
| CARRIER CORPORATION d/b/a | ) |
| Carrier Transicold, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The parties having advised the court that a settlement has been reached in this action, it is

**ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby

**DISMISSED WITH PREJUDICE**.  Any party may move for reinstatement within the next

thirty (30) days should settlement not be consummated.

**DONE and ORDERED** this 6th day of April, 2009.


      /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE